# Third District Court of Appeal
## State of Florida

Opinion filed July 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1974
Lower Tribunal No. 20-20451
_____

**Gamaliel Fleurantin, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Louis Law Group, PLLC, Pierre A. Louis and Alibia N. White, for appellants.

Vernis & Bowling of Broward, P.A., Carlton A. Bober, Ashley M. Arias, and Evan A. Zuckerman (Hollywood), for appellee.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Castillo v. E.I. Du Pont De Nemours & Co., Inc., 854 So. 2d 1264, 1277 (Fla. 2003) ("It is a basic tenet of appellate review that appellate courts do not reevaluate the evidence and substitute their judgment for that of the jury.  If there is any competent evidence to support a verdict, that verdict must be sustained . . . .") (citation omitted); Berges v. Infinity Ins. Co., 896 So. 2d 665, 675-76 (Fla. 2004) ("[A]n appellate court will not disturb a final judgment if there is competent, substantial evidence to support the verdict on which the judgment rests.  Indeed, it is not the function of this Court to substitute its judgment for that of the trier of fact.").